UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEUTSCHE BANK NATIONAL TRUST COMPANY,

    Plaintiff,

  v.

DIANE TAYLOR,

    Defendant.

Case No. 16-cv-06605-WHO

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Re: Dkt. Nos. 3, 5, 9, 10

The court has reviewed Magistrate Judge James's Report and Recommendation that this case be remanded to Alameda County Superior Court and that Defendant's In Forma Pauperis Application be denied as moot. Dkt. No. 5. The time to file objections has passed and no objections have been filed. The court finds the Report correct, well-reasoned and thorough, and adopts it in full, except that this court GRANTS Defendant's In Forma Pauperis Application. Accordingly, this case is REMANDED to Alameda County Superior Court. Plaintiff's Motion to Remand and Request for Judicial Notice are denied as moot.

**IT IS SO ORDERED.**

Dated: December 16, 2016



WILLIAM H. ORRICK  
United States District Judge